UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

TAMMY HALL WILLIAMSON,       )
                             )
           Plaintiff         )
                             )
vs.                          )     Case No.  1:11-cv-01405-WMA
                             )
WAL-MART ASSOCIATES, INC.,   )
                             )
           Defendant         )

## MEMORANDUM OPINION

On April 16, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On April 30, 2013, plaintiff filed objections to the magistrate judge's report and recommendation.

After *de novo* consideration of the record in this case and the magistrate judge's report and recommendation and plaintiff's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the motion for summary judgment filed by defendant be granted.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 6th day of May, 2013.

```
                              _____
                              WILLIAM M. ACKER, JR.
                              UNITED STATES DISTRICT JUDGE
```